**Order entered July 26, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00436-CV

### CLEBURNE FOODS, LLC, Appellant

### V.

### OSAMA ZAWIDEH, ET AL., Appellees

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03395-2008**

## ORDER

Before the Court is appellant's July 25, 2018 motion for an extension of time to file the letter brief requested by this Court. We **GRANT** the motion and extend the time **August 2, 2018**.

/s/    DAVID EVANS
         JUSTICE